UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE LEWIS,

    Plaintiff,

-vs-                Case No. 6:04-cv-1730-Orl-18JGG

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

  Plaintiff Catherine Lewis ["Lewis"] appeals to the district court from a final decision of the Commissioner of Social Security [the "Commissioner"] denying her application for a period of disability and disability insurance benefits. *See* Docket No. 1 at ¶ 3 (complaint).[1] For the reasons set forth below, the Commissioner's decision should be AFFIRMED.

## PROCEDURAL HISTORY

  On May 14, 2001, Lewis filed a claim for disability insurance benefits, claiming disability as of January 24, 2001. R. 73. On June 5, 2003, the Honorable Albert D. Tutera, Administrative Law Judge ["ALJ"], held a hearing on Lewis's claim in Orlando, Florida. R. 36 - 56. Richard McCullough represented Lewis at the hearing. R. 38. The ALJ heard testimony from Lewis only.

---

[1] Lewis also applied for supplemental security income payments ("SSI"), which were denied. See R. 21, 28. Lewis does not challenge the denial of SSI benefits in her Complaint. See Docket 1.